IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00004-MR-WCM

| | |
|---|---|
| CHEVY BOOK, ) | |
| CHRISTIAN BOOK, ) | |
| DARIUS T. GIPSON, ) | |
| DAMIEN A. BARRIOS, ) | |
| JAMES O. KING, ) | |
| MELVIN LAVALL, SR., ) | |
| MELVIN LAVALL, JR., ) | |
| LARICIA LEDENT, ) | |
| KARA BULLOCK, ) | |
| KAREN PETTY, ) | |
| BYRON RICHARDSON, ) | |
| FREDERICK RICHARDSON ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | ORDER |
| ) | |
| INDUSTRIAL SERVICES ) | |
| GROUP, INC. ) | |
| *doing business as* ) | |
| *Universal Blastco*, ) | |
| BLUE RIDGE PAPER ) | |
| PRODUCTS LLC ) | |
| *doing business as* ) | |
| *Evergreen Packaging* ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 34) filed by Gabriel Snyder. The Motion indicates that Mr. Snyder, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Joseph F. Gaar, Jr., who the

Motion represents as being a member in good standing of the Bar of Louisiana. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 34) and **ADMITS** Joseph F. Gaar, Jr. to practice *pro hac vice* before the Court in this matter while associated with local counsel.

It is so ordered.

Signed: April 28, 2023

W. Carleton Metcalf
United States Magistrate Judge