IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00004-MR-WCM

| | |
|---|---|
| CHEVY BOOK; ) | |
| CHRISTIAN BOOK; ) | |
| DARIUS T. GIPSON; ) | |
| DAMIEN A. BARRIOS; ) | |
| JAMES O. KING; ) | |
| MELVIN LAVALL, SR.; ) | |
| MELVIN LAVALL, JR.; ) | |
| LARICIA LEDENT; ) | ORDER |
| KARA BULLOCK; ) | |
| KAREN PETTY; ) | |
| BYRON RICHARDSON; and ) | |
| FREDERICK RICHARDSON, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| INDUSTRIAL SERVICES ) | |
| GROUP, INC. ) | |
| *doing business as* ) | |
| *Universal Blastco*; and ) | |
| BLUE RIDGE PAPER ) | |
| PRODUCTS LLC ) | |
| *doing business as* ) | |
| *Evergreen Packaging,* ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court *sua sponte*.

Plaintiffs assert that this Court may exercise federal subject matter jurisdiction pursuant to 28 U.S.C. § 1332. Doc. 1. Plaintiffs' Complaint, though, does not adequately allege the citizenship of Defendant Blue Ridge Paper

Products LLC doing business as Evergreen Packaging, and Defendants have not filed the citizenship disclosure statements required by Rule 7.1(a)(2) of the Federal Rules of Civil Procedure.

In addition, while Defendant Blue Ridge Paper Products LLC doing business as Evergreen Packaging has filed a corporate disclosure statement, Doc. 26, Defendant Industrial Services Group, Inc. doing business as Universal Blastco has not.

**IT IS THEREFORE ORDERED THAT:**

1. Each Defendant shall file a citizenship disclosure statement that complies with Rule 7.1(a)(2).
2. Defendant Industrial Services Group, Inc. doing business as Universal Blastco shall file a Disclosure by Non-Governmental Corporate Party or Proposed Intervenor of Corporate Affiliations and other Entities with a Direct Financial Interest in Litigation form.
3. These filings shall be made on or before **August 30, 2023**.

Signed: August 24, 2023

W. Carleton Metcalf
United States Magistrate Judge