IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00004-MR-WCM

| | |
|---|---|
| CHEVY BOOK; <br> CHRISTIAN BOOK; <br> DARIUS T. GIPSON; <br> DAMIEN A. BARRIOS; <br> JAMES O. KING; <br> MELVIN LAVALL, SR.; <br> MELVIN LAVALL, JR.; <br> LARICIA LEDENT; <br> KARA BULLOCK; <br> KAREN PETTY; <br> BYRON RICHARDSON; and <br> FREDERICK RICHARDSON, <br><br> Plaintiffs, <br> v. <br><br> INDUSTRIAL SERVICES GROUP, INC. *doing business as Universal Blastco*; and **BLUE RIDGE PAPER PRODUCTS LLC** *doing business as Evergreen Packaging,* <br><br> Defendants. | ORDER |

This matter is before the Court *sua sponte*.

On August 29, 2023, Defendant Blue Ridge Paper Products LLC doing business as Evergreen Packaging ("Evergreen") filed a Disclosure by Party or

Intervenor in a Diversity Case (the "Citizenship Disclosure Statement," Doc. 50), as previously directed by the Court.

Evergreen's Citizenship Disclosure Statement provides some information regarding the citizenship of relevant entities in Evergreen's membership structure, but it does not fully trace the citizenship of all such parties until only individuals and/or corporations are reached. See Fed. R. Civ. P. 7.1(a)(2); Jennings v. HCR ManorCare, Inc., 901 F.Supp.2d 649, 651 (D.S.C. 2012) ("an LLC's members' citizenship must be traced through however many layers of members there may be").

**IT IS THEREFORE ORDERED THAT** Defendant Blue Ridge Paper Products LLC doing business as Evergreen Packaging **SHALL FILE** an Amended Citizenship Disclosure Statement on or before September 8, 2023.

Signed: August 30, 2023

W. Carleton Metcalf
United States Magistrate Judge