# SEALED EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:22-CV-196

NICOLE BURGUENO, administrator of the Estate of BRETT BURGUENO, and SHANNON BUTLER, administrator of the Estate of CURTIS BUTLER,

Plaintiffs,

v.

INDUSTRIAL SERVICES GROUP, INC., d/b/a UNIVERSAL BLASTCO, and; BLUE RIDGE PAPER PRODUCTS LLC D/B/A EVERGREEN PACKAGING

Defendants.

**CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT**

**THIS RELEASE AND SETTLEMENT AGREEMENT** (this "Agreement") is made and entered into this 29th day of November 2022, by and between Nicole Burgueno, administrator of the Estate of Brett Burgueno and all other persons, personal representatives, heirs, assignees, firms or corporations who might claim through Nicole Burgueno, as administrator of the Estate of Brett Burgueno, Edmund J. Burgueno, III, Barbara Burgueno, Gina C. Cole, and Damian Barrios (hereinafter collectively referred to as the "Settling Party"), and Industrial Services Group, Inc., d/b/a Universal Blastco, including its past, present and future board members, officers, directors, current and former employees, parent companies, subsidiaries, divisions, affiliates, insurers, excess insurers, attorneys, and its respective predecessors, contractors, subcontractors, successors, and assigns (hereinafter collectively the "**Blastco Parties**") and Blue Ridge Paper Products LLC d/b/a Evergreen Packaging, including their past, present and future board members, officers, directors, current and former employees, parent companies, subsidiaries, divisions, affiliates, insurers, excess insurers, attorneys, and its respective predecessors, contractors, subcontractors, successors, and assigns (hereinafter collectively the "**Evergreen Parties**"). The Settling Party, Blastco Parties, and the Evergreen Parties are referred to collectively herein as the "**Parties**." The Blastco Parties and Evergreen Parties are referred to collectively herein as the "**Defendants**."

<u>RECITALS:</u>

**WHEREAS**, Settling Party filed a Complaint against Industrial Services Group, Inc., d/b/a Universal Blastco, and Blue Ridge Paper Products LLC, d/b/a Evergreen Packaging in the United

Page **1** of **8**

CONFIDENTIAL

Doc ID: 8cf12006340cc095c93dea2fcfbc0eca0967a122

States District Court for the Western District of North Carolina in that certain civil action styled "*Nicole Burgueno, administrator of the Estate of Brett Burgueno, and Shannon Butler, administrator of the Estate of Curtis Butler vs. Industrial Services Group, Inc., d/b/a Universal Blastco, and Blue Ridge Paper Products LLC d/b/a Evergreen Packaging*" (Docket number 1:22-cv-196) (the "**Complaint**") regarding an accident and fatalities on September 21, 2020 at the Canton Mill (the "**Claims**")[1]; and

**WHEREAS**, the Parties are desirous of settling the dispute between them according to the terms and conditions of this Agreement; and

**NOW, THEREFORE**, in consideration of the agreements and undertakings set forth herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties enter into this Confidential Release and Settlement Agreement, as follows:

1. **Release and Discharge**.

   a. In consideration of the payment set forth in Section 2, the sufficiency of which is hereby acknowledged, the Settling Party hereby releases, acquits, and forever discharges the Blastco Parties and the Evergreen Parties of and from any and all past, present, and future actions, causes of action, claims, demands, damages, costs, loss of services, expenses, compensation, third party actions, suits at law or in equity, including claims or suits for contribution and/or indemnity, of whatever nature, related attorneys' fees, rights, damages, costs, losses of service, expenses and compensation of any nature whatsoever, whether based in tort contract or other theory of recovery, which the Settling Party now has or which may hereafter accrue or otherwise be acquired, on account of, or may in any way grow out of, or which are the subject of the Claims, or losses of any kind or nature whatsoever including, but not limited to, claims for negligent or intentional infliction of emotional distress or any other form of emotional, mental or psychological injury arising from or in any way related to the Claims (collectively, the "**Released Matter**").

   b. The nature and extent of any release as between the Blastco Parties and Evergreen Parties is provided for in a separate Confidential Settlement Allocation Agreement.

   c. The Settling Party acknowledges and agrees that the release and discharge set forth above is a general release. The Settling Party expressly waives and assumes the risk of any and all claims for damages which exist as of this date, including those which the Settling Party does not know or suspect to exist, whether through ignorance, oversight, error, negligence, or otherwise, and which, if known, would materially affect the Settling Party's decision to enter into this Agreement. The Settling Party further agrees that this Agreement is a complete compromise of matters involving disputed issues of law and fact. The Settling Party assumes the risk that the facts or law may be other than the Settling Party believes.

   d. The Settling Party further promises and covenants that they, individually, will not bring, cause to be brought, and fully and completely waives any right to bring any

---

[1] The Claims do not include the Blastco Claims as defined herein.

**CONFIDENTIAL**

Case 1:22-cv-00044-RJC-WCM  Document 62  Filed 04/18/23  Page 3 of 10

Doc ID: 8cf12006340cc095c93dea2fcfbc0eca0967a122

lawsuit or other legal claim in any court or jurisdiction in the United States against the Blastco Parties and the Evergreen Parties for any claims related to or arising from the Claims.

e. It is understood and agreed to by the parties that this settlement is a compromise of a disputed claim. Neither this Agreement nor the payment of any sums as provided for herein are to be construed as an admission of liability or wrongdoing on the part of the Defendants, by whom liability is expressly denied.

f. The Settling Party agrees to indemnify and hold harmless Defendants from all loss, costs, and expense arising from the assertion of any claim against them by any person, firm, entity, organization, or corporation purporting to act on behalf of the Settling Party or as a creditor of the Settling Party, if such claim arises from the Claims which are the subject of this Agreement. The Settling Party further agrees to indemnify, protect and save harmless Defendants from claims of vicarious liability for or from all judgments, costs and expenses, including attorneys' fees, whatsoever arising on account of any action, claim or demand, including any action, claim or demand brought or asserted by any person, entity, organization, or lienholder or alleged lienholder claiming to have been subrogated to a right or cause of action by having paid any benefit to the undersigned, which anyone, including third parties, may hereafter bring or assert on account of any of the above described damages resulting from the Claims described above.



Doc ID: 8cf12006340cc095c93dea2fcfbc0eca0967a122

5. **Comprehension of Document**. In entering into this Settlement Agreement, the Parties represent that they have relied upon the advice of their attorneys, who are the attorneys of their own choice, concerning the legal consequences of this Settlement Agreement; that the terms of this Settlement Agreement have been completely read and explained by their attorneys; and the terms of the Settlement Agreement are fully understood and voluntarily accepted by the Parties.

Doc ID: 8cf12006340cc095c93dea2fcfbc0eca0967a122



8. **Governing Law & Jurisdiction.** This Agreement shall be construed and interpreted in accordance with the laws of the State of North Carolina. The Parties agree that, in the event a Court action is initiated to enforce the terms of this settlement or judgment is sought for any violation of the same, the only appropriate venue for such action is the Superior Court of Haywood County, North Carolina or the United States District Court for the Western District of North Carolina (Asheville Division).



Doc ID: 8cf12006340cc095c93dea2fcfbc0eca0967a122

CAUTION! READ BEFORE SIGNING

_____(SEAL)
Nicole Burgueno, administrator of the Estate of Brett Burgueno

_____*Edmund J Burgueno III*_____(SEAL)
Edmund J. Burgueno, III

_____*Barbara Burgueno*_____(SEAL)
Barbara Burgueno

_____(SEAL)
Gina C. Cole

_____(SEAL)
Damian Barrios

_____
Paul D. Hesse
Jeffrey L. Oakes
Brice, Jones & Associates, LLC
61025 Highway 1091
Slidell, LA 70548
Phone: 985/643-2413
Fax: 985/649-5830
paul@bricejoneslaw.net
jeffrey@bricejoneslaw.net
*Counsel for Nicole Burgueno, as administrator of the Estate of Brett Burgueno, Edmund and Barbara Burgueno, and Gina C. Cole*

CONFIDENTIAL
Case 2:23-cv-00004-RWCM Document 29 Filed 04/18/23 Page 7 of 10
Doc ID: 8cf12006340cc095c93dea2fcfbc0eca0967a122

_____
Edward B. Davis
Bell, Davis & Pitt, P.A.
ward.davis@belldavispitt.com
227 West Trade Street, Suite 1800
Charlotte, NC 28202-1697
*Counsel for Industrial Services Group, Inc.*

_____
James Whelton
*Chief Legal Officer, Industrial Services Group, Inc.*

CONFIDENTIAL

Doc ID: 8cf12006340cc095c93dea2fcfbc0eca0967a122

_[signature]_
William Clarke
Ann-Patton Hornthal
Roberts & Stevens, P.A.
301 College Street
Suite 400
Asheville, North Carolina, 28801
*Counsel for Blue Ridge Paper Products LLC*

_[signature]_
Sandra Cobden
*Chief Counsel, Litigation and Compliance, Pactiv Evergreen*

CONFIDENTIAL

Case 1:23-cv-00004-MR-WCM   Document 29   Filed 04/18/23   Page 9 of 10

Doc ID: 8cf12006340cc095c93dea2fcfbc0eca0967a122



Audit trail

| | |
|---|---|
| Title | Burgueno Release and Settlement Agreement |
| File name | Burgueno Release and Settlement.pdf |
| Document ID | 8cf12006340cc095c93dea2fcfbc0eca0967a122 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT** — 11 / 30 / 2022 20:10:57 UTC — Sent for signature to Barbara Burgueno (bburgueno@yahoo.com) and Edmund Burgueno (edmundburgueno@yahoo.com) from llfllc@gmail.com
IP: 4.2.113.194

**VIEWED** — 11 / 30 / 2022 20:20:38 UTC — Viewed by Barbara Burgueno (bburgueno@yahoo.com)
IP: 71.86.85.51

**SIGNED** — 11 / 30 / 2022 20:32:02 UTC — Signed by Barbara Burgueno (bburgueno@yahoo.com)
IP: 71.86.85.51

**VIEWED** — 11 / 30 / 2022 20:35:27 UTC — Viewed by Edmund Burgueno (edmundburgueno@yahoo.com)
IP: 71.86.85.51

**SIGNED** — 11 / 30 / 2022 20:36:59 UTC — Signed by Edmund Burgueno (edmundburgueno@yahoo.com)
IP: 71.86.85.51

**COMPLETED** — 11 / 30 / 2022 20:36:59 UTC — The document has been completed.

Powered by Dropbox Sign