# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Chevy Book, et al., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:23-cv-00004-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Industrial Services Group, Inc., et al., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 6, 2023 Order.

November 6, 2023

_____

Katherine Hord Simon, Clerk
United States District Court